JOHN P. NOONAN, PLAINTIFF IN ERROR, v. CONSOLIDATED TRACTION COMPANY, DEFENDANT IN ERROR.

Argued March 7, 1900—Decided June 18, 1900.

When a person receives injury by collision with a car while riding by invitation and without hire, in a carriage driven and owned by another, the negligence of the driver is not imputable to him.

On error to the Supreme Court.

For the plaintiff in error, *Thomas F. Noonan, Jr.*

For the defendant in error, *Vredenburgh & Garretson.*

The opinion of the court was delivered by

VAN SYCKEL, J.   This is a suit for damages for personal injury received by the plaintiff in collision with a trolley car of defendant company while he was riding, by invitation and without hire, in a carriage owned and driven by Ralph Earle.

The trial judge nonsuited the plaintiff by imputing to him the negligence of the driver.

This was error, as has been held in *Consolidated Traction Co.* v. *Hoimark*, recently decided by this court and reported in 31 *Vroom* 456.   See, also, *New York, Lake Erie and Western Railroad Co.* v. *Steinbrenner*, 18 *Id.* 161.

The judgment below should be reversed.

580    COURT OF ERRORS AND APPEALS.

N. J. Rubber Co. v. Com. Union Assur. Co.    *64 N. J. L.*

*For affirmance*—LUDLOW.    1.

*For reversal*—MAGIE (CHANCELLOR), DEPUE (CHIEF JUSTICE), VAN SYCKEL, DIXON, GARRISON, GUMMERE, COLLINS, BOGERT, HENDRICKSON, ADAMS, VOORHEES.    11.